# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY HILL and GINA HILL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-26-0220-PRW |
| MIKE MUECKE INSURANCE AGENCY, | ) |
| INC. and STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant State Farm Fire and Casualty Company ("State Farm") makes the following disclosure:

1. **Is the party a publicly held corporation or other publicly held entity?**

   (Check one)  _____ YES  __X__ NO

2. **Does party have any parent corporations?**

   (Check one)  __X__ YES  _____ NO

   State Farm Fire and Casualty Company is a wholly owned subsidiary of its only parent company, State Farm Mutual Automobile Insurance Company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  _____ YES  __X__ NO

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  _____ YES  __X__ NO

5. **Is the party a trade association?**

   (Check one)  _____ YES  __X__ NO

DATED this 9th day of February, 2026.

                                      Respectfully submitted,

                                      */s/Timila S. Rother*
                                      TIMILA S. ROTHER, OBA #14310
                                      PAIGE A. MASTERS. OBA #31142
                                      CROWE & DUNLEVY
                                      Braniff Building
                                      324 North Robinson Avenue, Suite 100
                                      Oklahoma City, Oklahoma 73102
                                      (405) 235-7700
                                      (405) 239-6651 (Facsimile)
                                      timila.rother@crowedunlevy.com
                                      paige.masters@crowedunlevy.com

                                      **ATTORNEYS FOR DEFENDANT STATE**
                                      **FARM FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| **Reggie N. Whitten** | rwhitten@whittenburragelaw.com |
| **Michael Burrage** | mburrage@whittenburragelaw.com |
| **Scott B. Hawkins** | shawkins@whittenburragelaw.com |
| **Hannah Whitten** | hwhitten@whittenburragelaw.com |

                                      /s/*Timila S. Rother*
                                          Timila S. Rother